# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

PAUL JUNIOR BURROWS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0428

_____

March 25, 2026

Appeal pursuant to Fla. R. App. P. 9.141 (b)(2) from the Circuit Court for Sarasota County, Donna Padar, Judge.

PER CURIAM.

Affirmed.

LUCAS, C.J., and LaROSE and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.